# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 27, 2019

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Guillermo Hernandez-Arevalo | Docket No. | 2:18-cr-00109-WFN-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linda Leavitt PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Guillermo Hernandez-Arevalo, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 17th day of September 2018, under the following conditions:

**Condition #1**: Defendant shall not commit any offense in violation of federal, state or local law.

**Additional Condition of Release #18**: Refrain from any use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: Guillermo Hernandez-Arevalo is alleged to be in violation of his pretrial release conditions by consuming alcohol on or about March 23, 2019.

Violation #2: Guillermo Hernandez-Arevalo is alleged to be in violation of his pretrial release conditions by being arrested and charged with Driving Under the Influence (case number 9Z0319387) on March 23, 2019.

On September 18, 2018, the conditions of pretrial release supervision were reviewed and signed by Mr. Guillermo Hernandez-Arevalo. He acknowledged an understanding of his conditions, which included condition number 1 and additional condition of release number 18.

Supporting Evidence: On March 25, 2019, the United States Probation Office was made aware the defendant was arrested and booked into the Okanogan County Jail for Driving Under the Influence (DUI), case number 9Z0319387 on March 23, 2019.

According to the Washington State DUI Arrest Report dated March 24, 2019, a trooper with the Washington State Patrol (WSP) was dispatched to an erratic driver in a silver passenger car, whom was northbound on State Route 97 passing mile post 282. The vehicle's driving was described by dispatch as "severe lane travel and near collisions with other vehicles." The reporting party was still following the erratic driver. Per the trooper, WSP dispatch notified him several minutes before he arrived that an Okanogan County Deputy had pulled the vehicle over. Per the WSP trooper's report, when he arrived on scene he spoke with the Okanogan County Deputy who stated he pulled the silver Pontiac over for following the vehicle in front of it too closely. The Okanogan County Deputy advised he could smell the order of intoxicants coming form the driver's person. The Okanogan County Deputy provided the driver's license and registration to the WSP trooper. Contact was made and the lone occupant of the vehicle was identified as the defendant through his state driver's license. Per the WSP trooper, the defendant's speech was slurred, his movements were lethargic, and his eyes were bloodshot and watery. The defendant was asked to step out of the vehicle. Per the WSP trooper, he could smell an odor of intoxicants coming from the defendant. According to the report, several field sobriety tests were conducted with the defendant and it's noted the defendant could not keep his balance during the instructional phase. Per the report, the defendant then submitted to a breathalyzer test; results reflected a reading of 0.191.

Mr. Hernandez-Arevalo was released from custody on March 27, 2019, and is currently scheduled to appear in Okanogan County District Court, on April 23, 2019.

PS 8

Re: Guillermo Hernandez-Arevalo
March 27, 2019
Page 2

PRAYING THAT THE COURT WILL ORDER A SUMMONS AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    3/27/2019 |
| by | s/Linda Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

March 27, 2019
Date