# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 28, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Guillermo Hernandez-Arevalo | Docket No. | 2:18-cr-00109-WFN-1 |

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Stephen Krous PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Guillermo Hernandez-Arevalo, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 17th day of September 2018, under the following conditions:

**Condition #1**: Defendant shall not commit any offense in violation of federal, state or local law.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
Violation #1: Guillermo Hernandez-Arevalo is alleged to be in violation of his pretrial release conditions by being arrested for reckless driving (case number 9Z0035241) on or about May 19, 2019.

On September 18, 2018, the conditions of pretrial release supervision were reviewed and signed by Mr. Guillermo Hernandez-Arevalo. He acknowledged an understanding of his conditions, which included condition number 1.

Supporting Evidence: On May 20, 2019, Mr. Hernandez-Arevalo called this United States Probation Officer and advised he was going to be arrested and booked into the Okanogan County Jail as he was being charged for reckless driving in case number 9Z0035241 which occurred on May 19, 2019.

According to the Douglas County Sheriff's office report dated May 19, 2019, deputies were dispatched to an area in response to a vehicle driving in a reckless manner. The vehicle was spinning out of control and doing circles in an area where kids were riding their bikes and playing. The witness provided the deputies with a description of the vehicle involved, as well as the license plate. The deputies determined the vehicle is registered to Guillermo Hernandez-Arevalo. The deputies located the vehicle at Mr. Hernandez-Arevalo's brother's home.

The defendant's brother was interviewed and he confirmed the vehicle belonged to his brother, and he had shown up in the vehicle a couple minutes prior to the deputies arrival; however, the defendant left on foot. The defendant's brother indicated they had been at the store early in the day and had observed the defendant purchase some beer. However, he never observed the defendant drink any of the beer. The deputies had the defendant's brother call the defendant's cellular phone to which someone would answer and then hang up. This happened several times.

The deputies completed a photo montage and showed it to a witness at the scene. The person identified Guillermo Hernandez-Arevalo, as "looking like" the person who had been driving the vehicle. It should be noted the deputy stated in his report that the witness was hesitant to identify the suspect. However, the deputy had the witness circle and sign the photo identifying the defendant as the driver of the vehicle.

Guillermo Hernandez-Arevalo was arrested on May 20, 2019, and booked into the Okanogan County Jail, in Okanogan, Washington. He posted $1,000 bond on the May 22, 2019, and was released from custody.

Mr. Hernandez-Arevalo contacted this officer on May 23, 2019, advised he had posted the bond and was released on May 22, 2019, around 6 p.m. The defendant notified this officer of the arrest and denied drinking alcohol on May 19, 2019. He stated, "I have been trying to sell my car and someone else must have been driving the car." He denied the allegation and his next hearing is set for June 28, 2019.

PRAYING THAT THE COURT WILL ISSUE A SUMMONS AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    5/24/2019 |
| by | s/Stephen Krous |
|  | Stephen Krous<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

May 28, 2019

Date